IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANREL MZEIZI MAINORA,

    Petitioner,

v.

Rebecca J. Adduci, *et al.*,

    Respondents.

Civil No. 2:19-CV-4846
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

On February 19, 2020, the Magistrate Judge issued a *Report and Recommendation* (R&R) recommending that Movant's petition for federal habeas relief under 28 U.S.C. § 2241 be denied as moot. (ECF No. 12.) Although the parties were advised of the right to object to the R&R, and of the consequences of failing to do so. No objections have been filed. The R&R (ECF No. 12) is therefore, **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Date: 3-12-2020

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT JUDGE